

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Ex parte Julio J. Lebron

Appellate case number:   01-15-00411-CR

Trial court case number: 2020596

Trial court:             County Criminal Court at Law No. 15 of Harris County

On May 11, 2015, after the record was complete, appellant filed an opening brief in this appeal. The Court orders that the State's response, if any, be filed by no later than **Friday, May 29, 2015**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☒ Acting individually    ☐ Acting for the Court

Date:  May 21, 2015